# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

_____ Division



Maurice A~~lt~~ Johnson

*Plaintiff(s)*

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

camp LeJeunes Marines

Government poison

*Defendant(s)*

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____

)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                          *Maurice Johnson*
All other names by which       *Bday 6/20/1971*
you have been known:
ID Number                     *1651872*
Current Institution
Address                       *701 Steven mills Rd*
                              *Goldsboro        NC      27533*
                              City            State      Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

                    City        State        Zip Code

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 2
    Name                              *Government Camp LeJeunes*
    Job or Title *(if known)*          *Camp LeJeunes, marines*
    Shield Number
    Employer
    Address                           *Jacksonville*
                                      *Jacksonville NC*
                                      City    State    Zip Code

    ☑ Individual capacity    ☑ Official capacity

*Jacksonville NC*

Defendant No. 3
    Name                            _____
    Job or Title *(if known)*        _____
    Shield Number            _____
    Employer                 _____
    Address                  _____
                              _____
                              *City*         *State*         *Zip Code*

☐ Individual capacity     ☐ Official capacity

Defendant No. 4
    Name                            _____
    Job or Title *(if known)*        _____
    Shield Number            _____
    Employer                 _____
    Address                  _____
                                _____
                              *City*         *State*         *Zip Code*

☐ Individual capacity     ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)     ADA

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8 Amendment   14 Amendment

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

inflicted   8 Amendment nor cruel and unusual punishments Person of life, 14 Amendment nor shall any state deprive any person of life, nor deny to any perse within it Jurisdiction the equal protection of the Law

Page 3 of 11

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Died 2007*

*They gave me and my Dady Toxic water My Dady died brain c ancer and Bladder Cancer and me I was A straight A student it mast me brain up 1978 I went back school mentally retarded I could not Learn any more*

## III. Prisoner Status

*1978 – 83*

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Government Camp LeJeunes marines*

B. ~~If the events giving rise to your claim arose in an institution, describe where and when they arose.~~

*It arose at Camp LeJeunes marines I am civilian my Day use to go see friend and I*

C.     What date and approximate time did the events giving rise to your claim(s) occur?

my Bday 6/20/~~97~~ 1971

1979-8~~0~~ ~~B Grade~~ elementary school

D.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

Government camp Lejeunes marines
Toxic water and water in food
Toxic water and toxic food bathing water
Water Trichloroethyleny perchloroethyleny
benzene and viny chloride

V.     **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.  I am mentally retarded
Poor concentration
brain mast up I keep have brain stroke
ADA I am paralyed now Neurobehavioral effects
8% Paranoid schizophrenia, bipolar disorder,
manic depressive and some experiences features of psychosis
PTSD mood and personality

VI.     **Relief** [pact act]

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.  Prayer for Relief
nominal damages 25 thousand dollars
compensatory damages 1 million dollars
Puntitive damage 1 million dollars

~~[scribbled out]~~

Pack act

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/18/23

Signature of Plaintiff    Maurice Johnson

Printed Name of Plaintiff    Maurice Johnson

Prison Identification #    1651872

Prison Address    701 Stevens mills Rd

Goldsboro            NC      27533
| City | State | Zip Code |

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
| City | State | Zip Code |

Telephone Number    _____

E-mail Address    _____

In the united States
District court for the

plaintiff

Maurice A Johnson

v

Defendant

Government camp LeJeunes
marines poison

I Maurice Johnson an the petitioner/plaintiff
in the above entitled case, in support of
my motion to proceed without being
required to prepay fees of costs or give
Security, therefore I state that because
of my poverty I am unable to pay the
costs of said proceeding of to give security
therefore, and that I believe I am entitled
to redress

I declare that the responses which
I have made below are true

I am not employed I never had a Job
in my life 3 grade educate I can Learn

Do you have any cash or money
yes or (no)

I have nothing

i understand that a false statement
or answer to any questions in this declaration
will subJect me to the penalties of perJury

I declare under penalty of perJury that
the foregoing it true are correct

Signed this Dec 15/2023

Ma'nJE cOhnZoN MVaPicc
                    MauJice Johonson,
6/20/1921

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     214 82 9412

Sorry so Sloppy paralyzed

I am going to stop write this my
brain masten up I write my ~~my~~ My
Name mast up

Nauri shryl

Hope ~~Done~~ right

Thak you

I cot fern Book

if I win I going to by my Dad
a Tomb stone Here ~~li~~ mick

Nick Name
mick JohNSoN
here lies

*[Handwritten at top: Maurice Johnson    This all the medicate and now I got some more]*

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information.
This information is for MALE patients only. It does NOT include important information for FEMALE patients.

# Olanzapine Tablets

**Pronunciation** (oh LAN za peen)
**Brand Names: US** Zyprexa

*[Handwritten: This some of medicantion I take poison make me fiRti]*

## Warning

- There is a higher chance of death in older adults who take this drug for mental problems caused by dementia. Most of the deaths were linked to heart disease or infection. This drug is not approved to treat mental problems caused by dementia.

## What is this drug used for?

- It is used to treat bipolar disorder.
- It is used to treat schizophrenia.
- It is used to treat depression.
- It may be given to you for other reasons. Talk with the doctor.

## What do I need to tell my doctor BEFORE I take this drug?

- If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.

This drug may interact with other drugs or health problems.

Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

## What are some things I need to know or do while I take this drug?

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you.
- To lower the chance of feeling dizzy or passing out, rise slowly if you have been sitting or lying down. Be careful going up and down stairs.
- High blood sugar or diabetes, high cholesterol, and weight gain have happened with drugs like this one. These may raise the chance of heart and brain blood vessel disease.

- Check your blood sugar as you have been told by your doctor.
- Tell your doctor if you have signs of high blood sugar like confusion, feeling sleepy, unusual thirst or hunger, passing urine more often, flushing, fast breathing, or breath that smells like fruit.
- Have blood work checked as you have been told by the doctor. Talk with the doctor.
- Avoid drinking alcohol while taking this drug.
- Talk with your doctor before you use marijuana, other forms of cannabis, or prescription or OTC drugs that may slow your actions.
- Dizziness, sleepiness, and feeling less stable may happen with this drug. These may lead to falling, which can cause broken bones or other health problems.
- A severe and sometimes deadly reaction has happened. Most of the time, this reaction has signs like fever, rash, or swollen glands with problems in body organs like the liver, kidney, blood, heart, muscles and joints, or lungs. If you have questions, talk with the doctor.
- Some people may get a severe muscle problem called tardive dyskinesia. This problem may lessen or go away after stopping this drug, but it may not go away. The risk is greater with diabetes and in older adults, especially older females. The risk is greater with longer use or higher doses; but it may also occur after short-term use with low doses. Call your doctor right away if you have trouble controlling body movements or problems with your tongue, face, mouth, or jaw like tongue sticking out, puffing cheeks, mouth puckering, or chewing.
- Older adults with dementia taking drugs like this one have had a higher number of strokes. Sometimes these have been deadly. This drug is not approved to treat mental problems caused by dementia.
- If you are 65 or older, use this drug with care. You could have more side effects.
- If the patient is a child, use this drug with care. The risk of some side effects may be higher in children.

## What are some side effects that I need to call my doctor about right away?

WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical

Case 1:23-cv-01129-LCB-JLW    Document 1    Filed 12/22/23    Page 10 of 44

help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
- Trouble controlling body movements, twitching, change in balance, trouble swallowing or speaking.
- Mental, mood, or behavior changes that are new or worse.
- Thoughts of hurting yourself or suicide.
- Very bad dizziness or passing out.
- Fast or slow heartbeat.
- Not sweating during activities or in warm temperatures.
- Seizures.
- Drooling.
- Change in eyesight.
- Memory problems or loss.
- Chest pain.
- Swelling.
- A burning, numbness, or tingling feeling that is not normal.
- Swollen gland.
- Trouble passing urine.
- Enlarged breasts, nipple discharge, not able to get or keep an erection, or menstrual changes.
- A very bad and sometimes deadly health problem called neuroleptic malignant syndrome (NMS) may happen. Call your doctor right away if you have any fever, muscle cramps or stiffness, dizziness, very bad headache, confusion, change in thinking, fast heartbeat, heartbeat that does not feel normal, or are sweating a lot.
- Low white blood cell counts have happened with drugs like this one. This may lead to a higher chance of infection. Rarely, infections have been deadly. Tell your doctor if you have ever had a low white blood cell count. Call your doctor right away if you have signs of infection like fever, chills, or sore throat.

## What are some other side effects of this drug?

All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:

- Feeling drowsy, sleepy, tired, or weak.
- Restlessness.
- Shakiness.
- Headache.
- Constipation.
- Dry mouth.
- Upset stomach.
- Weight gain.
- Increased appetite.
- Back pain.
- Joint pain.
- Trouble sleeping.

These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.

You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

## How is this drug best taken?

Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

- Drink lots of noncaffeine liquids unless told to drink less liquid by your doctor.
- Be careful in hot weather or while being active. Drink lots of fluids to stop fluid loss.
- Take with or without food. Take with food if it causes an upset stomach.
- Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well.

## What do I do if I miss a dose?

- Take a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.

## How do I store and/or throw out this drug?

- Store at room temperature protected from light. Store in a dry place. Do not store in a bathroom.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
- Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area.

## General drug facts

- If your symptoms or health problems do not get better or if they become worse, call your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.
- This drug comes with an extra patient fact sheet called a Medication Guide. Read it with care. Read it again each time this drug is refilled. If you have any questions about this drug, please talk with the doctor, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

## Consumer Information Use and Disclaimer

This generalized information is a limited summary of diagnosis, treatment, and/or medication information. It is not meant to be comprehensive and should be used as a tool to help the user understand and/or assess potential diagnostic and treatment options. It does NOT include all information about conditions, treatments, medications, side effects, or risks that may apply to a specific patient. It is not intended to be medical advice or a substitute for the medical advice, diagnosis, or treatment of a health care provider based on the health care provider's examination and assessment of a patient's specific and unique circumstances. Patients must speak with a health care provider for complete information about their health, medical questions, and treatment options, including any risks or benefits regarding use of medications. This information does not endorse any treatments or medications as safe, effective, or approved for treating a specific patient. UpToDate, Inc. and its affiliates disclaim any warranty or liability relating to this information or the use thereof. The use of this information is governed by the Terms of Use, available at https://www.wolterskluwer.com/en/know/clinical-effectiveness-terms.

Issue Date: 10/04/2023
Database Edition 23.4.1.001
Copyright 2023 Wolters Kluwer UpToDate, Inc. and/or its affiliates. All Rights Reserved.

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information. This information is for MALE patients only. It does NOT include important information for FEMALE patients.

# Gabapentin Capsules
**Pronunciation** (GA ba pen tin)
**Brand Names: US** Neurontin.

*I nerve diseases form poison/water bathwater food water*

## What is this drug used for?

- It is used to treat painful nerve diseases.
- It is used to help control certain kinds of seizures.
- It may be given to you for other reasons. Talk with the doctor.

## What do I need to tell my doctor BEFORE I take this drug?

- If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.
- If you have kidney disease or are on dialysis.

This is not a list of all drugs or health problems that interact with this drug.

Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

## What are some things I need to know or do while I take this drug?

For all uses of this drug:

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you.
- This drug may affect certain lab tests. Tell all of your health care providers and lab workers that you take this drug.
- Have blood work checked as you have been told by the doctor. Talk with the doctor.
- Talk with your doctor before you use alcohol, marijuana or other forms of cannabis, or prescription or OTC drugs that may slow your actions.
- This drug is not the same as gabapentin enacarbil (Horizant). Do not use in its place. Talk with the doctor.
- Do not stop taking this drug all of a sudden without calling your doctor. You may have a greater risk of side effects. If you need to stop this drug, you will want to slowly stop it as ordered by your doctor.

- A severe and sometimes deadly reaction has happened. Most of the time, this reaction has signs like fever, rash, or swollen glands with problems in body organs like the liver, kidney, blood, heart, muscles and joints, or lungs. If you have questions, talk with the doctor.
- Severe breathing problems have happened with this drug in people taking certain other drugs (like opioid pain drugs). This has also happened in people who already have lung or breathing problems. The risk may also be greater in people who are older than 65. Sometimes, breathing problems have been deadly. If you have questions, talk with the doctor.
- If you are 65 or older, use this drug with care. You could have more side effects.
- If the patient is 3 to 12 years of age, use this drug with care. The risk of mood or behavior problems may be higher in these children.

For seizures:

- If seizures are different or worse after starting this drug, talk with the doctor.

## What are some side effects that I need to call my doctor about right away?

WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
- Signs of liver problems like dark urine, tiredness, decreased appetite, upset stomach or stomach pain, light-colored stools, throwing up, or yellow skin or eyes.
- Signs of kidney problems like unable to pass urine, change in how much urine is passed, blood in the urine, or a big weight gain.
- Trouble controlling body movements, twitching, change in balance, trouble swallowing or speaking.
- Memory problems or loss.
- Change in eyesight.

- Not able to control eye movements.
- Feeling confused, not able to focus, or change in behavior.
- Shakiness.
- Trouble breathing, slow breathing, or shallow breathing.
- Blue or gray color of the skin, lips, nail beds, fingers, or toes.
- Swelling in the arms or legs.
- Severe dizziness or passing out.
- Fever, chills, or sore throat; any unexplained bruising or bleeding; or feeling very tired or weak.
- Muscle pain or weakness.
- Get medical help right away if you feel very sleepy, very dizzy, or if you pass out. Caregivers or others need to get medical help right away if the patient does not respond, does not answer or react like normal, or will not wake up.
- Like other drugs that may be used for seizures, this drug may rarely raise the risk of suicidal thoughts or actions. The risk may be higher in people who have had suicidal thoughts or actions in the past. Call the doctor right away about any new or worse signs like depression; feeling nervous, restless, or grouchy; panic attacks; or other changes in mood or behavior. Call the doctor right away if any suicidal thoughts or actions occur.

## What are some other side effects of this drug?

All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:
- Feeling dizzy, sleepy, tired, or weak.
- Diarrhea, upset stomach, or throwing up.
- Dry mouth.

These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.

You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

## How is this drug best taken?

Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.
- Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well.
- If you are taking an antacid that has aluminum or magnesium in it, take this drug at least 2 hours after taking the antacid.

- Take with or without food.
- Swallow whole with a full glass of water.

## What do I do if I miss a dose?

- Take a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.

## How do I store and/or throw out this drug?

- Store at room temperature in a dry place. Do not store in a bathroom.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
- Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area.

## General drug facts

- If your symptoms or health problems do not get better or if they become worse, call your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.
- This drug comes with an extra patient fact sheet called a Medication Guide. Read it with care. Read it again each time this drug is refilled. If you have any questions about this drug, please talk with the doctor, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

## Consumer Information Use and Disclaimer

This generalized information is a limited summary of diagnosis, treatment, and/or medication information. It is not meant to be comprehensive and should be used as a tool to help the user understand and/or assess potential diagnostic and treatment options. It does NOT include all information about conditions, treatments, medications, side effects, or risks that may apply to a specific patient. It is not intended to be medical advice or a substitute for the medical advice, diagnosis, or treatment of a health care provider based on the health care provider's examination and assessment of a patient's specific and unique circumstances. Patients must speak with a health care provider for complete information about their health, medical questions, and treatment options, including any risks or benefits regarding use of medications.

Case 1:23-cv-01129-LCB-JLW    Document 1    Filed 12/22/23    Page 14 of 44

This information does not endorse any treatments or medications as safe, effective, or approved for treating a specific patient. UpToDate, Inc. and its affiliates disclaim any warranty or liability relating to this information or the use thereof. The use of this information is governed by the Terms of Use, available at https://www.wolterskluwer.com/en/know/clinical-effectiveness-terms.

Issue Date: 10/04/2023
Database Edition 23.4.1.001
Copyright 2023 Wolters Kluwer UpToDate, Inc. and/or its affiliates. All Rights Reserved.

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information. This information is for MALE patients only. It does NOT include important information for FEMALE patients.

# Amlodipine Tablets

**Pronunciation** (am LOE di peen)
**Brand Names: US** Norvasc.

## What is this drug used for?

- It is used to treat high blood pressure.
- It is used to treat some types of chest pain (angina).
- It is used in some people to lower the chance of having to go to the hospital for chest pain (angina) and needing certain heart procedures.
- It may be given to you for other reasons. Talk with the doctor.

## What do I need to tell my doctor BEFORE I take this drug?

- If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.

This drug may interact with other drugs or health problems.

Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

## What are some things I need to know or do while I take this drug?

For all uses of this drug:

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you.
- To lower the chance of feeling dizzy or passing out, rise slowly if you have been sitting or lying down. Be careful going up and down stairs.
- Check your blood pressure as you have been told.
- It is rare, but chest pain that is new or worse can happen after this drug is first started or after the dose is raised. Heart attack can also happen. The risk may be greater in people who have very bad heart blood vessel disease. Talk with the doctor.
- If you are taking this drug and have high blood pressure, talk with your doctor before using OTC

products that may raise blood pressure. These include cough or cold drugs, diet pills, stimulants, non-steroidal anti-inflammatory drugs (NSAIDs) like ibuprofen or naproxen, and some natural products or aids.

- Talk with your doctor before you drink alcohol.
- Liver problems have happened with this drug. Sometimes, liver problems have needed to be treated in the hospital. Talk with the doctor.
- If you are 65 or older, use this drug with care. You could have more side effects.

For chest pain:

- Do not use this drug to treat sudden chest pain. It will not help. Talk with your doctor.

## What are some side effects that I need to call my doctor about right away?

WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
- Signs of liver problems like dark urine, tiredness, decreased appetite, upset stomach or stomach pain, light-colored stools, throwing up, or yellow skin or eyes.
- Very bad dizziness or passing out.
- Chest pain that is new or worse.
- Fast or abnormal heartbeat.
- Swelling.
- Stiff muscles, shakiness, or muscle movements that are not normal.

## What are some other side effects of this drug?

All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:

- Feeling dizzy, sleepy, tired, or weak.

Case 1:23-cv-01129-LCB-JLW    Document 1    Filed 12/22/23    Page 16 of 44

- Flushing.
- Upset stomach.
- Stomach pain.

These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.

You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

## How is this drug best taken?

Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

- Take this drug at the same time of day.
- Take with or without food.
- Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well.

## What do I do if I miss a dose?

- Take a missed dose as soon as you think about it.
- If it has been 12 hours or more since the missed dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.

## How do I store and/or throw out this drug?

- Store at room temperature protected from light. Store in a dry place. Do not store in a bathroom.
- Protect from heat and light.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
- Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area.

## General drug facts

- If your symptoms or health problems do not get better or if they become worse, call your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.
- Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away.

Be ready to tell or show what was taken, how much, and when it happened.

## Consumer Information Use and Disclaimer

This generalized information is a limited summary of diagnosis, treatment, and/or medication information. It is not meant to be comprehensive and should be used as a tool to help the user understand and/or assess potential diagnostic and treatment options. It does NOT include all information about conditions, treatments, medications, side effects, or risks that may apply to a specific patient. It is not intended to be medical advice or a substitute for the medical advice, diagnosis, or treatment of a health care provider based on the health care provider's examination and assessment of a patient's specific and unique circumstances. Patients must speak with a health care provider for complete information about their health, medical questions, and treatment options, including any risks or benefits regarding use of medications. This information does not endorse any treatments or medications as safe, effective, or approved for treating a specific patient. UpToDate, Inc. and its affiliates disclaim any warranty or liability relating to this information or the use thereof. The use of this information is governed by the Terms of Use, available at https://www.wolterskluwer.com/en/know/clinical-effectiveness-terms.

Issue Date: 10/04/2023
Database Edition 23.4.1.001
Copyright 2023 Wolters Kluwer UpToDate, Inc. and/or its affiliates. All Rights Reserved.

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information. This information is for MALE patients only. It does NOT include important information for FEMALE patients.

# Aspirin Enteric-Coated and Buffered Tablets

**Pronunciation** (AS pir in)
**Brand Names: US** Bayer Low Strength; Ecotrin.

## What is this drug used for?

- It is used to treat rheumatic fever.
- It is used to ease pain and fever.
- It is used to treat some types of arthritis.
- It is used to protect bypass grafts and stents in the heart.
- It is used to lower the chance of heart attack, stroke, and death in some people.
- It may be given to you for other reasons. Talk with the doctor.

## What do I need to tell my doctor BEFORE I take this drug?

For all patients taking this drug:

- If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.
- If you have any of these health problems: Asthma, bleeding problems, nose polyps, or nose irritation.
- If you have any of these health problems: Kidney disease or liver disease.
- If you have any of these health problems: GI– (gastrointestinal) bleeding or ulcer disease.
- If you are taking another drug that has the same drug in it.
- If you are taking any other NSAID.

Children:

- If the patient is a child. This drug may not be for use in all ages of children.
- If your child or teenager has or is getting better from flu signs, chickenpox, or other viral infections. The risk of a very bad problem called Reye's syndrome may be raised. Do not give this drug to a child or teenager who has or is getting better from a viral infection.

This is not a list of all drugs or health problems that interact with this drug.

Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

## What are some things I need to know or do while I take this drug?

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- Have your blood work checked if you are on this drug for a long time. Talk with your doctor.
- Do not take more than what your doctor told you to take. Taking more than you are told may raise your chance of very bad side effects.
- Do not take this drug for longer than you were told by your doctor.
- If you take this drug on a regular basis, do not stop taking it without calling the doctor who ordered it for you.
- You may bleed more easily. Be careful and avoid injury. Use a soft toothbrush and an electric razor.
- Talk with your doctor before you drink alcohol.
- If you smoke, talk with your doctor.
- This drug may raise the chance of severe and sometimes deadly stomach or bowel problems like ulcers or bleeding. The risk is greater in older people, and in people who have had stomach or bowel ulcers or bleeding before. These problems may occur without warning signs.
- If you are over the age of 60, use this drug with care. You could have more side effects.

## What are some side effects that I need to call my doctor about right away?

WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
- Signs of bleeding like throwing up or coughing up blood; vomit that looks like coffee grounds; blood in the urine; black, red, or tarry stools; bleeding from the

Case 1:23-cv-01129-LCB-JLW    Document 1    Filed 12/22/23    Page 18 of 44

gums; abnormal vaginal bleeding; bruises without a cause or that get bigger; or bleeding you cannot stop.

- Signs of kidney problems like unable to pass urine, change in how much urine is passed, blood in the urine, or a big weight gain.
- Signs of liver problems like dark urine, tiredness, decreased appetite, upset stomach or stomach pain, light-colored stools; throwing up, or yellow skin or eyes.
- Signs of high potassium levels like a heartbeat that does not feel normal; feeling confused; feeling weak, lightheaded, or dizzy; feeling like passing out; numbness or tingling; or shortness of breath.
- Signs of too much acid in the blood (acidosis) like confusion; fast breathing; fast heartbeat; a heartbeat that does not feel normal; very bad stomach pain, upset stomach, or throwing up; feeling very sleepy; shortness of breath; or feeling very tired or weak.
- Weakness on 1 side of the body, trouble speaking or thinking, change in balance, drooping on one side of the face, or blurred eyesight.
- Very bad dizziness or passing out.
- Very bad headache.
- Ringing in the ears, hearing loss, or any other changes in hearing.
- Feeling agitated.
- Seizures.

## What are some other side effects of this drug?

All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:

- Stomach pain or heartburn.
- Upset stomach or throwing up.

These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.

You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

## How is this drug best taken?

Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

- Take with or without food. Take with food if it causes an upset stomach.
- Take with a full glass of water.
- Swallow whole. Do not chew, break, or crush.

## What do I do if I miss a dose?

- If you take this drug on a regular basis, take a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.
- Many times this drug is taken on an as needed basis. Do not take more often than told by the doctor.

## How do I store and/or throw out this drug?

- Store at room temperature in a dry place. Do not store in a bathroom.
- Protect from heat.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
- Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area.

## General drug facts

- If your symptoms or health problems do not get better or if they become worse, call your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.
- Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

## Consumer Information Use and Disclaimer

This generalized information is a limited summary of diagnosis, treatment, and/or medication information. It is not meant to be comprehensive and should be used as a tool to help the user understand and/or assess potential diagnostic and treatment options. It does NOT include all information about conditions, treatments, medications, side effects, or risks that may apply to a specific patient. It is not intended to be medical advice or a substitute for the medical advice, diagnosis, or treatment of a health care provider based on the health care provider's examination and assessment of a patient's specific and unique circumstances. Patients must speak with a health care provider for complete information about their health, medical questions, and treatment options, including

any risks or benefits regarding use of medications. This information does not endorse any treatments or medications as safe, effective, or approved for treating a specific patient. UpToDate, Inc. and its affiliates disclaim any warranty or liability relating to this information or the use thereof. The use of this information is governed by the Terms of Use, available at https://www.wolterskluwer.com/en/know/clinical-effectiveness-terms.

Issue Date: 10/04/2023
Database Edition 23.4.1.001
Copyright 2023 Wolters Kluwer UpToDate, Inc. and/or its affiliates. All Rights Reserved.

Case 1:23-cv-01129-LCB-JLW    Document 1    Filed 12/22/23    Page 20 of 44

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information. This information is for MALE patients only. It does NOT include important information for FEMALE patients.

# Clopidogrel

**Pronunciation** (kloh PID oh grel)
**Brand Names: US** Plavix.
**Brand Names: Canada** ACT Clopidogrel; AG-Clopidogrel; APO-Clopidogrel; Auro-Clopidogrel; BIO-Clopidogrel; DOM-Clopidogrel; JAMP-Clopidogrel; M-Clopidogrel; Mar-Clopidogrel; MINT-Clopidogrel; NRA-Clopidogrel; Plavix; PMS-Clopidogrel; PRIVA-Clopidogrel [DSC]; RIVA-Clopidogrel; SANDOZ Clopidogrel [DSC]; TARO-Clopidogrel; TEVA-Clopidogrel.

## Warning

- This drug may not work as well in some people. A test can be done to see if you are one of these people. Talk with your doctor.

## What is this drug used for?

- It is used to lower the chance of heart attack or stroke.
- It may be given to you for other reasons. Talk with the doctor.

## What do I need to tell my doctor BEFORE I take this drug?

- If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.
- If you have any of these health problems: Active bleeding or bleeding problems like bleeding in the brain or bleeding ulcers.
- If you are taking any of these drugs: Esomeprazole, omeprazole, repaglinide, or rifampin.
- If you are taking any drugs that may raise the chance of bleeding. There are many drugs that can do this. Ask your doctor or pharmacist if you are not sure.

This is not a list of all drugs or health problems that interact with this drug.

Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

## What are some things I need to know or do while I take this drug?

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists. This drug may need to be stopped before certain types of surgery as your doctor has told you. If this drug is stopped, your doctor will tell you when to start taking this drug again after your surgery or procedure.

- Do not stop taking this drug without talking with your doctor. You may have a greater risk of heart attack or stroke.
- If you fall or hurt yourself, or if you hit your head, call your doctor right away. Talk with your doctor even if you feel fine.
- You may bleed more easily. Be careful and avoid injury. Use a soft toothbrush and an electric razor. Rarely, some bleeding problems have been deadly.
- Talk with your doctor before using products that have aspirin, blood thinners, garlic, ginseng, ginkgo, ibuprofen or like products, pain drugs, or vitamin E.

## What are some side effects that I need to call my doctor about right away?

WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
- Signs of bleeding like throwing up or coughing up blood; vomit that looks like coffee grounds; blood in the urine; black, red, or tarry stools; bleeding from the gums; abnormal vaginal bleeding; bruises without a cause or that get bigger; or bleeding you cannot stop.
- Signs of low blood sugar like dizziness, headache, feeling sleepy, feeling weak, shaking, a fast heartbeat, confusion, hunger, or sweating.
- A severe blood problem called thrombotic thrombocytopenic purpura (TTP) has happened with this drug. Sometimes, this has been deadly. Call your doctor right away if you feel confused, very tired, or very weak, or if you have weakness on 1 side of the body, trouble speaking or thinking, change in balance, drooping on one side of the face, or change in eyesight. Call your doctor right away if you have a fast heartbeat; fever; headache; pale skin; less

Case 1:23-cv-01129-LCB-JLW    Document 1    Filed 12/22/23    Page 21 of 44

urine passed or urine that is pink or has blood in it; purple spots on the skin or mouth; seizures; severe diarrhea, stomach pain, upset stomach, or throwing up; shortness of breath; or yellow skin or eyes.

## What are some other side effects of this drug?

All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if you have any side effects that bother you or do not go away.

These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.

You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

## How is this drug best taken?

Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

- Take with or without food.
- Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well.

## What do I do if I miss a dose?

- Take a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses unless told to do so by your doctor.

## How do I store and/or throw out this drug?

- Store at room temperature in a dry place. Do not store in a bathroom.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
- Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area.

## General drug facts

- If your symptoms or health problems do not get better or if they become worse, call your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.
- This drug comes with an extra patient fact sheet called a Medication Guide. Read it with care. Read it

again each time this drug is refilled. If you have any questions about this drug, please talk with the doctor, pharmacist, or other health care provider.

- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

## Consumer Information Use and Disclaimer

This generalized information is a limited summary of diagnosis, treatment, and/or medication information. It is not meant to be comprehensive and should be used as a tool to help the user understand and/or assess potential diagnostic and treatment options. It does NOT include all information about conditions, treatments, medications, side effects, or risks that may apply to a specific patient. It is not intended to be medical advice or a substitute for the medical advice, diagnosis, or treatment of a health care provider based on the health care provider's examination and assessment of a patient's specific and unique circumstances. Patients must speak with a health care provider for complete information about their health, medical questions, and treatment options, including any risks or benefits regarding use of medications. This information does not endorse any treatments or medications as safe, effective, or approved for treating a specific patient. UpToDate, Inc. and its affiliates disclaim any warranty or liability relating to this information or the use thereof. The use of this information is governed by the Terms of Use, available at https://www.wolterskluwer.com/en/know/clinical-effectiveness-terms.

Issue Date: 10/04/2023
Database Edition 23.4.1.001
Copyright 2023 Wolters Kluwer UpToDate, Inc. and/or its affiliates. All Rights Reserved.

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information. This information is for MALE patients only. It does NOT include important information for FEMALE patients.

# Hydrochlorothiazide

**Pronunciation** (hye droe klor oh THYE a zide)
**Brand Names: Canada** APO-Hydro; APO-Hydrochlorothiazide; MINT-Hydrochlorothiazide; PMS-Hydrochlorothiazide; TEVA-Hydrochlorothiazide.

## What is this drug used for?

- It is used to treat high blood pressure.
- It is used to get rid of extra fluid.
- It may be given to you for other reasons. Talk with the doctor.

## What do I need to tell my doctor BEFORE I take this drug?

- If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.
- If you have a sulfa allergy.
- If you are not able to pass urine.
- If you are taking dofetilide.
- If you are taking lithium.

This is not a list of all drugs or health problems that interact with this drug.

Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

## What are some things I need to know or do while I take this drug?

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you.
- To lower the chance of feeling dizzy or passing out, rise slowly if you have been sitting or lying down. Be careful going up and down stairs.
- If you have high blood sugar (diabetes), you will need to watch your blood sugar closely.
- Check your blood pressure as you have been told.
- Tell your doctor if you have signs of high blood sugar like confusion, feeling sleepy, unusual thirst or hunger, passing urine more often, flushing, fast breathing, or breath that smells like fruit.
- Have blood work checked as you have been told by the doctor. Talk with the doctor.

- This drug may affect certain lab tests. Tell all of your health care providers and lab workers that you take this drug.
- If you are taking this drug and have high blood pressure, talk with your doctor before using OTC products that may raise blood pressure. These include cough or cold drugs, diet pills, stimulants, non-steroidal anti-inflammatory drugs (NSAIDs) like ibuprofen or naproxen, and some natural products or aids.
- This drug is a strong fluid-lowering drug (diuretic). Sometimes too much water and electrolytes (like potassium) in the blood may be lost. This can lead to severe health problems. Your doctor will follow you closely to change the dose to match your body's needs.
- If you are on a low-salt or salt-free diet, talk with your doctor.
- Talk with your doctor before you use alcohol, marijuana or other forms of cannabis, or prescription or OTC drugs that may slow your actions.
- Tell your doctor if you have too much sweat, fluid loss, throwing up, or loose stools. This may lead to low blood pressure.
- If you take cholestyramine or colestipol, talk with your pharmacist about how to take them with this drug.
- Watch for gout attacks.
- If you have lupus, this drug can make your lupus active or get worse. Tell your doctor right away if you get any new or worse signs.
- This drug may make you sunburn more easily. Use care if you will be in the sun. Tell your doctor if you sunburn easily while taking this drug.
- This drug may cause high cholesterol and triglyceride levels. Talk with the doctor.
- If you are 65 or older, use this drug with care. You could have more side effects.

## What are some side effects that I need to call my doctor about right away?

WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

Case 1:23-cv-01129-LCB-JLW   Document 1   Filed 12/22/23   Page 23 of 44

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
- Signs of fluid and electrolyte problems like mood changes, confusion, muscle pain or weakness, fast or abnormal heartbeat, severe dizziness or passing out, increased thirst, seizures, feeling very tired or weak, decreased appetite, unable to pass urine or change in the amount of urine produced, dry mouth, dry eyes, or severe upset stomach or throwing up.
- Signs of a pancreas problem (pancreatitis) like very bad stomach pain, very bad back pain, or very bad upset stomach or throwing up.
- Signs of kidney problems like unable to pass urine, change in how much urine is passed, blood in the urine, or a big weight gain.
- Dark urine or yellow skin or eyes.
- Fever, chills, or sore throat; any unexplained bruising or bleeding; or feeling very tired or weak.
- A burning, numbness, or tingling feeling that is not normal.
- Shortness of breath.
- Restlessness.
- Not able to get or keep an erection.
- This drug can cause certain eye problems. If left untreated, this can lead to lasting eyesight loss. If eye problems happen, signs like change in eyesight or eye pain most often happen within hours to weeks of starting this drug. Call your doctor right away if you have these signs.
- Rarely, certain types of skin cancer have happened in people taking hydrochlorothiazide. Protect your skin from the sun, and have your skin checked as you have been told by your doctor. Call your doctor right away if you have a change in color or size of a mole, or any new or changing skin lump or growth.

What are some other side effects of this drug?

All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:

- Constipation, diarrhea, upset stomach, throwing up, or decreased appetite.
- Stomach cramps.
- Feeling dizzy, tired, or weak.
- Headache.

These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.

You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

How is this drug best taken?

Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

- Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well.
- This drug may cause you to pass urine more often. To keep from having sleep problems, try not to take too close to bedtime.

What do I do if I miss a dose?

- Take a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.

How do I store and/or throw out this drug?

- Store at room temperature protected from light. Store in a dry place. Do not store in a bathroom.
- Keep lid tightly closed.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
- Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area.

General drug facts

- If your symptoms or health problems do not get better or if they become worse, call your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.
- Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

Consumer Information Use and Disclaimer

Read this medicine information sheet carefully each time you get this medicine filled. You must read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this info. This information is for MALE patients only. It does NOT include important information for FEMALE patients.

# Lidocaine Patch

**Pronunciation** (LYE doe kane)
**Brand Names: US** Lidoderm.

## What is this drug used for?

- It is used to ease pain.
- It is used to treat painful nerve diseases.
- It is used to ease pain caused by shingles.
- It may be given to you for other reasons. Talk with the doctor.

## What do I need to tell my doctor BEFORE I take this drug?

- If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.
- If there is an infection where this drug will be used.
- If you have broken skin or open wounds where the drug will be used.
- If you have swollen skin, numbness, or are not able to feel pain where the drug will be used.
- If a large area needs to be treated.

This is not a list of all drugs or health problems that interact with this drug.

Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

## What are some things I need to know or do while I take this drug?

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- A severe blood problem called methemoglobinemia has happened with drugs like this one. The risk may be raised in people who have glucose-6-phosphate dehydrogenase (G6PD) deficiency, heart problems, or lung problems. The risk may also be raised while taking certain other drugs and in infants younger than 6 months of age. Tell your doctor if you have ever had methemoglobinemia.
- Talk with your doctor before you use other drugs or products on your skin.
- Do not use this drug for longer than you were told by your doctor.

- Do not scratch or rub the skin while it is numb. Do not let it get very hot or very cold.
- Do not put on cuts, scrapes, or damaged skin unless the doctor tells you to.
- Avoid use of heat sources (such as sunlamps, tanning beds, heating pads, electric blankets, heat lamps, saunas, hot tubs, heated waterbeds). Avoid long, hot baths or sunbathing. Your temperature may rise and cause too much drug to pass into your body.
- Different brands of this drug may be for use in different ages of children. Talk with the doctor before giving this drug to a child.
- If the patient is a child, use this drug with care. The risk of some side effects may be higher in children.
- If you have burning or other irritation where this drug is put on, take it off. Wait until the irritation goes away to put back on.
- It is common to have skin reactions where this drug is put on during or right after treatment. This includes blisters, bruising, burning or abnormal feeling, change in color, swelling, redness, pain, itching, peeling, flaking, or pimples. Most of the time, these skin reactions go away within a few minutes to hours. Call your doctor if any of these effects are very bad, bother you, or do not go away.
- You may wear clothing over the area where this drug is placed.
- This drug may cause harm if chewed or swallowed. This includes used patches. If this drug has been put in the mouth, call a doctor or poison control center right away.
- Do not get this drug wet. It may not stick. Do not bathe, swim, or shower while you are wearing this drug.
- If you are 65 or older, use this drug with care. You could have more side effects.

## What are some side effects that I need to call my doctor about right away?

WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat;

These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.

You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

## How is this drug best taken?

Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

- Take 30 minutes after the same meal every day.
- Swallow whole. Do not chew, open, or crush.

## What do I do if I miss a dose?

- Take a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.
- If you miss taking this drug for a few days in a row, call your doctor before you start taking it again.

## How do I store and/or throw out this drug?

- Store at room temperature in a dry place. Do not store in a bathroom.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
- Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area.

## General drug facts

- If your symptoms or health problems do not get better or if they become worse, call your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.
- Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

## Consumer Information Use and Disclaimer

This generalized information is a limited summary of diagnosis, treatment, and/or medication information. It is not meant to be comprehensive and should be used as a tool to help the user understand and/or assess potential diagnostic and treatment options. It does NOT include all information about conditions, treatments, medications, side effects, or risks that may apply to a specific patient. It is not intended to be medical advice or a substitute for the medical advice, diagnosis, or treatment of a health care provider based on the health care provider's examination and assessment of a patient's specific and unique circumstances. Patients must speak with a health care provider for complete information about their health, medical questions, and treatment options, including any risks or benefits regarding use of medications. This information does not endorse any treatments or medications as safe, effective, or approved for treating a specific patient. UpToDate, Inc. and its affiliates disclaim any warranty or liability relating to this information or the use thereof. The use of this information is governed by the Terms of Use, available at https://www.wolterskluwer.com/en/know/clinical-effectiveness-terms.

Issue Date: 10/04/2023
Database Edition 23.4.1.001
Copyright 2023 Wolters Kluwer UpToDate, Inc. and/or its affiliates. All Rights Reserved.

Case 1:23-cv-01129-LCB-JLW    Document 1    Filed 12/22/23    Page 26 of 44

Maurice Johnson C-21

This generalized information is a limited summary of diagnosis, treatment, and/or medication information. It is not meant to be comprehensive and should be used as a tool to help the user understand and/or assess potential diagnostic and treatment options. It does NOT include all information about conditions, treatments, medications, side effects, or risks that may apply to a specific patient. It is not intended to be medical advice or a substitute for the medical advice, diagnosis, or treatment of a health care provider based on the health care provider's examination and assessment of a patient's specific and unique circumstances. Patients must speak with a health care provider for complete information about their health, medical questions, and treatment options, including any risks or benefits regarding use of medications. This information does not endorse any treatments or medications as safe, effective, or approved for treating a specific patient. UpToDate, Inc. and its affiliates disclaim any warranty or liability relating to this information or the use thereof. The use of this information is governed by the Terms of Use, available at https://www.wolterskluwer.com/en/know/clinical-effectiveness-terms.

Issue Date: 10/04/2023
Database Edition 23.4.1.001
Copyright 2023 Wolters Kluwer UpToDate, Inc. and/or its affiliates. All Rights Reserved.

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information. This information is for MALE patients only. It does NOT include important information for FEMALE patients.

# Losartan

**Pronunciation** (loe SAR tan)
**Brand Names: US** Cozaar.
**Brand Names: Canada** AG-Losartan [DSC]; APO-Losartan [DSC]; Auro-Losartan; BIO-Losartan [DSC]; Cozaar; JAMP-Losartan; MINT-Losartan [DSC]; PMS-Losartan; Priva-Losartan [DSC]; SANDOZ Losartan; Septa-Losartan [DSC]; TARO-Losartan [DSC]; TEVA-Losartan.

## Warning

- Do not take if you are pregnant. Use during pregnancy may cause birth defects or loss of the unborn baby. If you get pregnant or plan on getting pregnant while taking this drug, call your doctor right away.

## What is this drug used for?

- It is used to treat high blood pressure.
- It is used to protect kidney function in patients with diabetes who have protein loss.
- It is used to lower the chance of stroke in people with high blood pressure and a heart problem called left ventricular hypertrophy. This drug may not help lower the chance of stroke in Black patients with these health problems.
- It may be given to you for other reasons. Talk with the doctor.

## What do I need to tell my doctor BEFORE I take this drug?

For all patients taking this drug:
- If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.
- If you have kidney problems.
- If you are taking a drug that has aliskiren in it and you also have diabetes or kidney problems.

Children:
- If your child is younger than 6 years of age. Do not give this drug to a child younger than 6 years of age.

This is not a list of all drugs or health problems that interact with this drug.

Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

## What are some things I need to know or do while I take this drug?

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.

- Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you.
- To lower the chance of feeling dizzy or passing out, rise slowly if you have been sitting or lying down. Be careful going up and down stairs.
- Check your blood pressure as you have been told.
- Have blood work checked as you have been told by the doctor. Talk with the doctor.
- If you are taking a salt substitute that has potassium in it, a potassium-sparing diuretic, or a potassium product, talk with your doctor.
- If you are on a low-salt or salt-free diet, talk with your doctor.
- If you are taking this drug and have high blood pressure, talk with your doctor before using OTC products that may raise blood pressure. These include cough or cold drugs, diet pills, stimulants, non-steroidal anti-inflammatory drugs (NSAIDs) like ibuprofen or naproxen, and some natural products or aids.
- Talk with your doctor before you drink alcohol.
- Be careful in hot weather or while being active. Drink lots of fluids to stop fluid loss.
- Tell your doctor if you have too much sweat, fluid loss, throwing up, or loose stools. This may lead to low blood pressure.

## What are some side effects that I need to call my doctor about right away?

WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
- Signs of kidney problems like unable to pass urine, change in how much urine is passed, blood in the urine, or a big weight gain.

Case 1:23-cv-01129-LCB-JLW   Document 1   Filed 12/22/23   Page 29 of 44

- Signs of high potassium levels like a heartbeat that does not feel normal; feeling confused; feeling weak, lightheaded, or dizzy; feeling like passing out; numbness or tingling; or shortness of breath.
- Signs of low blood sugar like dizziness, headache, feeling sleepy, feeling weak, shaking, a fast heartbeat, confusion, hunger, or sweating.
- Very bad dizziness or passing out.
- Chest pain.
- Swelling in the arms or legs.

## What are some other side effects of this drug?

All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:

- Signs of a common cold.
- Feeling dizzy, tired, or weak.
- Diarrhea.
- Back pain.
- Stuffy nose.

These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.

You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

## How is this drug best taken?

Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

- Take with or without food.
- Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well.
- A liquid (suspension) can be made if you cannot swallow pills. Talk with your doctor or pharmacist.
- If a liquid (suspension) is made, shake well before use.
- Measure liquid doses carefully. Use the measuring device that comes with this drug. If there is none, ask the pharmacist for a device to measure this drug.

## What do I do if I miss a dose?

- Take a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.

## How do I store and/or throw out this drug?

- Store at room temperature protected from light. Store in a dry place. Do not store in a bathroom.

- Keep lid tightly closed.
- If a liquid (suspension) is made from the tablets, store in a refrigerator. Do not freeze. Throw away any part not used after 28 days.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
- Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area.

## General drug facts

- If your symptoms or health problems do not get better or if they become worse, call your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.
- Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

## Consumer Information Use and Disclaimer

This generalized information is a limited summary of diagnosis, treatment, and/or medication information. It is not meant to be comprehensive and should be used as a tool to help the user understand and/or assess potential diagnostic and treatment options. It does NOT include all information about conditions, treatments, medications, side effects, or risks that may apply to a specific patient. It is not intended to be medical advice or a substitute for the medical advice, diagnosis, or treatment of a health care provider based on the health care provider's examination and assessment of a patient's specific and unique circumstances. Patients must speak with a health care provider for complete information about their health, medical questions, and treatment options, including any risks or benefits regarding use of medications. This information does not endorse any treatments or medications as safe, effective, or approved for treating a specific patient. UpToDate, Inc. and its affiliates disclaim any warranty or liability relating to this information or the use thereof. The use of this information is governed by the Terms of Use, available at https://www.wolterskluwer.com/en/know/clinical-effectiveness-terms.

Issue Date: 10/04/2023
Database Edition 23.4.1.001
Copyright 2023 Wolters Kluwer UpToDate,
Inc. and/or its affiliates. All Rights Reserved.

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information. This information is for MALE patients only. It does NOT include important information for FEMALE patients.

# Metoprolol Extended-Release Tablets

**Pronunciation** (me toe PROE lole)
**Brand Names: US** Toprol XL.

## What is this drug used for?

- It is used to treat high blood pressure.
- It is used to treat some types of chest pain (angina).
- It is used in certain people to lower the risk of death and having to go to the hospital because of heart failure.
- It may be given to you for other reasons. Talk with the doctor.

## What do I need to tell my doctor BEFORE I take this drug?

- If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.
- If you have any of these health problems: Certain types of abnormal heartbeats called heart block or sick-sinus syndrome, heart failure (weak heart), low blood pressure, poor blood flow to the arms or legs, shock caused by heart problems, or a slow heartbeat.
- If you have any of these health problems: Asthma or other breathing problems like COPD (chronic obstructive pulmonary disease).

This is not a list of all drugs or health problems that interact with this drug.

Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

## What are some things I need to know or do while I take this drug?

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you.
- To lower the chance of feeling dizzy or passing out, rise slowly if you have been sitting or lying down. Be careful going up and down stairs.
- Check blood pressure and heart rate as the doctor has told you.
- Have your blood work and other lab tests checked as you have been told by your doctor.

- This drug may affect certain lab tests. Tell all of your health care providers and lab workers that you take this drug.
- This drug may prevent some signs of low blood sugar like fast heartbeat. This may raise the risk of severe or long-lasting low blood sugar, especially in people with diabetes, children, and people who are fasting. This includes people who are having surgery, are not eating like normal, or are throwing up. If you have questions, talk with the doctor.
- If you have high blood sugar (diabetes), you will need to watch your blood sugar closely.
- If you are taking this drug and have high blood pressure, talk with your doctor before using OTC products that may raise blood pressure. These include cough or cold drugs, diet pills, stimulants, non-steroidal anti-inflammatory drugs (NSAIDs) like ibuprofen or naproxen, and some natural products or aids.
- Do not stop taking this drug all of a sudden. If you do, chest pain that is worse and in some cases heart attack may occur. The risk may be greater if you have certain types of heart disease. To avoid side effects, you will want to slowly stop this drug as ordered by your doctor. Call your doctor right away if you have new or worse chest pain or if other heart problems occur.
- This drug may make it harder to tell if you have signs of an overactive thyroid like fast heartbeat. If you have an overactive thyroid and stop taking this drug all of a sudden, it may get worse and could be life-threatening. Talk with your doctor.
- If you have had a very bad allergic reaction, talk with your doctor. You may have a chance of an even worse reaction if you come into contact with what caused your allergy. If you use epinephrine to treat very bad allergic reactions, talk with your doctor. Epinephrine may not work as well while you are taking this drug.
- Talk with your doctor before you drink alcohol.

## What are some side effects that I need to call my doctor about right away?

WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without

Case 1:23-cv-01129-LCB-JLW   Document 1   Filed 12/22/23   Page 31 of 44

fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.

- Signs of low blood sugar like dizziness, headache, feeling sleepy, feeling weak, shaking, a fast heartbeat, confusion, hunger, or sweating.
- Depression.
- Severe dizziness or passing out.
- Chest pain that is new or worse.
- An abnormal heartbeat that is new or worse.
- Slow heartbeat.
- Shortness of breath, a big weight gain, or swelling in the arms or legs.

### What are some other side effects of this drug?

All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:

- Feeling dizzy, tired, or weak.
- Diarrhea, upset stomach, or throwing up.

These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.

You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

### How is this drug best taken?

Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

- Take with or right after a meal.
- Swallow whole. Do not chew or crush.
- You may break the tablet in half. Do not chew or crush.
- Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well.

### What do I do if I miss a dose?

- Skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.

### How do I store and/or throw out this drug?

- Store at room temperature in a dry place. Do not store in a bathroom.
- Protect from heat.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.

- Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area.

### General drug facts

- If your symptoms or health problems do not get better or if they become worse, call your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.
- Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

### Consumer Information Use and Disclaimer

This generalized information is a limited summary of diagnosis, treatment, and/or medication information. It is not meant to be comprehensive and should be used as a tool to help the user understand and/or assess potential diagnostic and treatment options. It does NOT include all information about conditions, treatments, medications, side effects, or risks that may apply to a specific patient. It is not intended to be medical advice or a substitute for the medical advice, diagnosis, or treatment of a health care provider based on the health care provider's examination and assessment of a patient's specific and unique circumstances. Patients must speak with a health care provider for complete information about their health, medical questions, and treatment options, including any risks or benefits regarding use of medications. This information does not endorse any treatments or medications as safe, effective, or approved for treating a specific patient. UpToDate, Inc. and its affiliates disclaim any warranty or liability relating to this information or the use thereof. The use of this information is governed by the Terms of Use, available at https://www.wolterskluwer.com/en/know/clinical-effectiveness-terms.

Issue Date: 10/04/2023
Database Edition 23.4.1.001
Copyright 2023 Wolters Kluwer UpToDate, Inc. and/or its affiliates. All Rights Reserved.

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information. This information is for MALE patients only. It does NOT include important information for FEMALE patients.

# Tamsulosin Capsules

*[handwritten: Prostate I hope it don't tran to cancer form wate]*

**Pronunciation** (tam SOO loe sin)
**Brand Names: US** Flomax.

## What is this drug used for?

- It is used to treat the signs of an enlarged prostate. If you have been given this drug for some other reason, talk with your doctor for more information.

## What do I need to tell my doctor BEFORE I take this drug?

- If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.

- If you take any drugs (prescription or OTC, natural products, vitamins) that must not be taken with this drug, like certain drugs that are used for HIV, infections, or depression. There are many drugs that must not be taken with this drug. Your doctor or pharmacist can tell you if you are taking a drug that must not be taken with this drug.

- If you are using another drug like this one. If you are not sure, ask your doctor or pharmacist.

This is not a list of all drugs or health problems that interact with this drug.

Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

## What are some things I need to know or do while I take this drug?

For all patients taking this drug:

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.

- Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you.

- To lower the chance of feeling dizzy or passing out, rise slowly if you have been sitting or lying down. Be careful going up and down stairs.

- If you are having cataract surgery or other eye procedure, talk with your doctor.

- Check your blood pressure as you have been told.

- If taking for an enlarged prostate, have a rectal exam (to check prostate gland) and blood work (PSA test) as you have been told by the doctor.

- If you have a sulfa (sulfonamide) allergy, talk with your *[handwritten: Po Var]* doctor.

Children:

- This drug is not approved for use in children. However, the doctor may decide the benefits of taking this drug outweigh the risks. If your child has been given this drug, ask the doctor for information about the benefits and risks. Talk with the doctor if you have questions about giving this drug to your child.

## What are some side effects that I need to call my doctor about right away?

WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.

- Very bad dizziness or passing out.

- Fever, chills, or sore throat.

- Ejaculation problems.

- Call your doctor right away if you have a painful erection (hard penis) or an erection that lasts for longer than 4 hours. This may happen even when you are not having sex. If this is not treated right away, it may lead to lasting sex problems and you may not be able to have sex.

## What are some other side effects of this drug?

All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:

- Headache.

- Back pain.

- Diarrhea.

- Feeling dizzy, tired, or weak.

- Runny nose.

- Throat irritation.

Case 1:23-cv-01129-LCB-JLW    Document 1    Filed 12/22/23    Page 33 of 44

Camp LeJeunes toxic poison Government marines

Legal claims

the Government camp LeJeunes toxic poison Water the Government know and did nothing in this unsafe conditions I was a kid straight "A" student in 1987 there before and after went back to School and I was mentally retarded my Dady died from brain Cancer Bladder cancer prostate cancer plaintiff Johnson Neurobehavioral PtSD, Paranoid schizophrenia, bipolar disorder, ~~and manic~~ Manic depressive and experience some features of psychosis, neurological, nervous problem, prostate swollen could become cancer, paralyzed left side, brain stroke, I crying hold on 3 day later I back never had a Job could get my GED the poison water now I know what done it eighth Amendment nor cruel and unsual punishments inflicted, fourteenth Amendment nor shall any state deprive any person of "life", Liberty, nor deny to any person within it Jurisdiction the equal protection of the Laws i sent my medication all ready Hight blood pressure I cant talk I use to swear it so bad i got have my food mechanical Blend my food I go to "Speech therapy" and Therapy for my paralyzed I'm in a wheel chair Im scare Neuro

The plaintiff has no plain adequate or
complete remedy at law to redress the wrongs
described herein plaintiff has been and will
continue to be irreparably injured by the conduct
of the defendants unless this court grants ~~of~~ the
declaratory and injunctive relief which plaintiff
seeks ~~declare~~ Government act under color of
federal Law.

Camp LeJeunes Toxic poison Government
marines
       Legal Claims

the Government camp LeJeunes toxic poison
Water the Government know and did nothing
in this unsafe conditions I was a kid straight
"A" student" in 1987 there before and after went back to School and I was
mentally retarded my DaDy died from brain cancer
Bladder cancer prostate cancer plaintiff Johnson
Neurobehavioral PtSD, paranoid schizophrenia, bipolar
disorder, ~~cost it et need~~ Manic depressive and
experience some features of psychosis, neurological,
nervous problem, prostate swollen could be come
cancer, paralyzed left side, brain Stroke,
I crying hold on 3 day later I back never
had a Job could get my GEA the poison water
now I know what done it ~~##~~ eighth Amendment
nor cruel and unsual punishments inflicted,
fourteenth Amendment nor shall any state deprive
any person of "life", Liberty, nor deny to any
person within it Jurisdiction the equal
protection of the Laws i sent my medication all
ready Hight blood pressure I cant talk I use to
swear it so bad i got have my food mechanical ~~##~~
Blend my food I go to "Speech therapy" and Therapy
for my paralyzed Im in a wheel chair Im scare
Neurobe~~##~~tional effects I am so

The plaintiff has no plain adequate or complete remedy at law to redress the wrongs described herein plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants ~~the~~ the declaratory and injunctive relief which plaintiff seeks ~~Defendant~~ Government act under color of federal Law.

# [prayer for Relief]

wherefore, plaintiff respectfully prays that
this court enter Judgment granting plaintiff

A declaration that the act and omissions described
herein violated plaintiffs rights under the constitution
and laws of the united States

a preliminary and permanent injunction
ordering defendants the Court ~~Date~~ order
this never keep a water toxic poison that
can kill most up people Secret

Compensatory damages in the amount of
1 million dollars against each defendant, jointly and
Severally

Punitive damages in the amount of 1 million
against each defendant

A Jury trial on all issues triable be Jury

plaintiffs costs in this suit

Any additional relief this court deems Just

prope and equitable

Date 12/19/2023

Respectfully Submitted

Maurice Albert JohnSon

701 Steven mill Rd Goldsboro NC 27533

Verification

I have read the foregoing complaint and
hereby verify that the matters alleged therein
are true except as to matters alleged
on information and belief and, as to those
I believe then to be true I certify under
penalty of perJury that the foregoing is true

and correct,

Executed at Goldsboro NC on 12/19/2023

Maurice Johnson

Maurice Johnson

Mick
nip
I
Love

I buy my Baby
tombstone that
Nick nave

I have nothing here is my money
steet trust Fund Account Statement

NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION
TRUST FUND ACCOUNT STATEMENT
FACILITY: 3060 - NEUSE CI
FOR: 06/01/23 - 12/01/23

ACCT. NAME: JOHNSON, MAURICE A.                       ACCT#: 1651872
        BED: SCB- 012                                 TYPE: INMATE

        ENDING BALANCE 12/01/23  $      0.00   INCLUDES CANTEEN LIMIT OF $ 0.00

| DATE | BATCH NBR. | TYPE | REFERENCE NUMBER | FACL | +/- | AMOUNT | | BALANCE |
|------|------|------|------|------|------|------|------|------|
| 11/29/23 | 025 | TRANSFER IN | | 3060 | + | $ | 0.00 | $      0.00 |
| 11/29/23 | 029 | TRANSFER OUT | | 4140 | - | $ | 0.00 | $      0.00 |
| 10/06/23 | 030 | CASHLS CANTEEN-I | 00374 | 4140 | - | $ | 0.17 | $      0.00 |
| 09/27/23 | 044 | CASHLS CANTEEN-I | 00338 | 4140 | - | $ | 0.23 | $      0.17 |
| 09/25/23 | 022 | IJP PAYROLL | 20230923IC01 | 4140 | + | $ | 0.40 | $      0.40 |
| 09/21/23 | 014 | CASHLS CANTEEN-I | 00004 | 4140 | - | $ | 0.05 | $      0.00 |
| 09/19/23 | 027 | CASHLS CANTEEN-I | 00350 | 4140 | - | $ | 0.86 | $      0.05 |
| 09/19/23 | 026 | CASHLS CANTEEN-I | 00218 | 4140 | - | $ | 1.09 | $      0.91 |
| 09/18/23 | 040 | COPAY WITHDRAWAL | 0908231248I | 4140 | - | $ | 0.80 | $      2.00 |
| 09/18/23 | 035 | IJP PAYROLL | 20230916IC01 | 4140 | + | $ | 2.80 | $      2.80 |
| 09/13/23 | 014 | CASHLS CANTEEN-I | 00095 | 4140 | - | $ | 0.10 | $      0.00 |
| 09/11/23 | 023 | CASHLS CANTEEN-I | 00592 | 4140 | - | $ | 1.90 | $      0.10 |
| 09/11/23 | 027 | COPAY WITHDRAWAL | 0908231248I | 4140 | - | $ | 0.80 | $      2.00 |
| 09/11/23 | 024 | IJP PAYROLL | 20230909IC01 | 4140 | + | $ | 2.80 | $      2.80 |
| 09/05/23 | 037 | CASHLS CANTEEN-I | 00318 | 4140 | - | $ | 1.20 | $      0.00 |
| 09/04/23 | 014 | IJP PAYROLL | 20230902IC01 | 4140 | + | $ | 1.20 | $      1.20 |
| 08/10/23 | 015 | CASHLS CANTEEN-I | 00079 | 4140 | - | $ | 0.14 | $      0.00 |
| 08/10/23 | 015 | CASHLS CANTEEN-I | 00078 | 4140 | - | $ | 0.66 | $      0.14 |
| 08/07/23 | 031 | IJP PAYROLL | 20230805IC01 | 4140 | + | $ | 0.80 | $      0.80 |
| 07/13/23 | 031 | TRANSFER IN | | 4140 | + | $ | 0.00 | $      0.00 |
| 07/13/23 | 096 | TRANSFER OUT | | 3100 | - | $ | 0.00 | $      0.00 |

                                BEGINNING BALANCE 06/01/23  $      0.00

THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
BETWEEN 06/01/2023 AT 01:01:01 AND 12/01/2023 AT 23:59:59.

ENDING BALANCE IS THE BALANCE AS OF FRIDAY,   DECEMBER   1, 2023 AT 23:59:59.

Maurice Johnson
1651872
SCB-12

In the united States
District court for the

Summons
civil action
No

Plaintiff

Maurice Albert Johnson

                    V

Defendant

Government camp LeJeunes
marines poison

to the above Named DeFendants

You are hereby Summoned and required to
Serve upon plaintiffs whose address is
Jacksonville NC camp LeJeunes marines
corps base Govenment an answer to the
complaint which is herewith served
upon you within 20 days after service
or 60 days if the US Goverment or

Officer/agent thereof is a defendant. if
you fail to do so Judgment by Default
will be taken against you for the relief
Demanded in the complant

Clerk of the Court

Date 12/18/2023