IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| MAURICE A. JOHNSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 1:23CV1129-1 |
| CAMP LEJEUNES MARINES GOVERNMENT POISON, *et al.*, | ) | |
| Defendant(s). | ) | |

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on January 4, 2024, was served on the parties in this action. (ECF Nos. 2, 3.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be **DISMISSED** *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper forms and in the proper district which corrects the defects cited in the Recommendation.

This, the 5th day of March 2024.

/s/ Loretta C. Biggs
United States District Judge